IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID EUGENE BRINKLEY,

    Plaintiff,

v.                                                      CASE NO. 5:16-cv-00100-MP-CJK

LORETTA LYNCH, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 27, 2016. (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Doc. 2, is DENIED and this action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this *1st*  day of June, 2016

                                        *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge